UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ROBERT RITCHIE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-263-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| SECOND ROUND, LP, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a Stipulation of Dismissal, indicating that all issues have been resolved. [Record No. 19] Therefore, being sufficiently advised, it is herby

**ORDERED** as follows:

1.   The parties' construed joint motion to dismiss [Record No. 19] is **GRANTED**.

2.   The claims asserted against Defendant Second Round, LP, are **DISMISSED**, with prejudice.

3.   This matter is **DISMISSED** and **STRICKEN** from the Court's docket. The parties shall bear their respective costs, fees and expenses.

This 14th day of December, 2017.

